**Jose Dolores MENA, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 05–75518.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 26, 2008.*

Filed Sept. 8, 2008.

Beth S. Persky, Beth Sarla Persky Law Office, Los Angeles, CA, for Petitioner.

Before: SCHROEDER, KLEINFELD, and IKUTA, Circuit Judges.

MEMORANDUM **

Jose Dolores Mena, a native and citizen of Mexico, petitions for review of the Bureau of Immigration and Customs Enforcement's decision to reinstate his prior removal order. We have jurisdiction under 8 U.S.C. § 1252. We review de novo claims of due process violations, *Ram v. INS*, 243 F.3d 510, 516 (9th Cir.2001). We deny the petition for review.

Mena's challenge to 8 U.S.C. § 1231(a)(5) is foreclosed by *Morales–Izquierdo v. Gonzales*, 486 F.3d 484, 498 (9th Cir.2007) (en banc) (concluding that a previously removed alien who reenters the country unlawfully is not entitled to a hearing before an immigration judge on whether to reinstate a prior removal order).

Mena is precluded from applying for adjustment of status. *See Padilla v. Ashcroft*, 334 F.3d 921, 925 (9th Cir.2003) (8 U.S.C. § 1231(a)(5) bars an alien who has had a removal order reinstated from adjustment of status).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

